UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR00186-005 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | <u>UNOPPOSED</u> |
| | ) | <u>MOTION TO CONTINUE</u> |
| RICHARD AVERY, | ) | <u>THE SENTENCING SET FOR</u> |
| | ) | <u>JANUARY 4, 2024, AT 11:00 A.M.</u> |
| Defendant. | ) | |

Now comes Defendant, RICHARD AVERY, by and through counsel, Donald R. Hicks, and who respectfully moves this Honorable Court to continue the Sentencing date presently scheduled for January 4, 2024, at 11:00 a.m. to an alternate date and time agreeable to this Court and the parties.

Counsel has been in contact with AUSA Michael Sullivan, and he does not object to a continuance of the Sentencing date.

**WHEREFORE**, Defendant, RICHARD AVERY, respectfully requests a continuance of the Sentencing date of January 4, 2024, at 11:00 a.m.

1

Respectfully submitted,

/s/ Donald R. Hicks
Donald R. Hicks #0034221
Attorney for Defendant
5050 Hudson Drive
Stow, OH 44224
donhickslaw@aol.com
(330) 762-5500
(330) 849-5185 Fax

CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2023, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Donald R. Hicks
Donald R. Hicks #0034221
Attorney for Defendant